84

Submitted on record and briefs October 4, affirmed without opinion October 22, petition for rehearing denied November 15, petition for review denied December 27, 1973

STATE OF OREGON, *Respondent, v.* RICHARD BARTLEY THOMPSON (No. 73 1120), *Appellant.*

STATE OF OREGON, *Respondent, v.* RICHARD BARTLEY THOMPSON (No. 73 1121), *Appellant.*

514 P2d 1373

Gary D. Babcock, Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.